# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| In re: | § | Case No. **09-10235-BP** |
| | § | |
| **HOWARD, RONALD GENE II** | § | Chapter 7 |
| **HOWARD, JULIE FAY** | § | |
| | § | Judge: **Perlman** |
| Debtor(s). | § | |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $0.88 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| FIA Card Services NA<br>Bank of America, American InfoSource LP Agent, P.O. Box 248809, Oklahoma City, Ok. 73124-8809 | 6 | 0.88 |

Dated:   4/19/10                              /s/ Harold Jarnicki
                                              Case Trustee


cc:   Default List Plus:
      FIA Card Services NA, Bank of America, American InfoSource LP Agent
      P.O. Box 248809, Oklahoma City, Ok, 73124-8809